

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 4:23-MJ-___ |
| | ) | (Misdemeanor) |
| GORDON E. OWENS | ) | VA 19 |
| | ) | |
| | ) | Court Date: January 30, 2023 |
| | ) | Time: 8:30 a.m. |

<u>CRIMINAL INFORMATION</u>

<u>COUNT ONE</u>
(Misdemeanor) Ticket No.E1164427

**THE UNITED STATES ATTORNEY CHARGES:**

That on or about September 8, 2022 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, GORDON E. OWENS did, willfully damage property belonging to the United States, to wit: a floor fan. Such damage being in the amount of $400.00. (In violation of Title 18 United States Code, Section 1361.

JESSICA D. ABER
UNITED STATES ATTORNEY

By:

JEFFREY L. PORTER
Attorney for Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-3442
Jeffrey.l.Porter27.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on <u>Jan 23</u>, 2023, I served a true copy of the foregoing

CRIMINAL INFORMATION on the defendant GORDON E. OWENS.

JEFFREY L. PORTER
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone:  (757) 878-2205, ext 234
Fax: (757) 878-3442
Jeffrey.L.Porter27.mil@army.mil